Shane Singh, Bar No. 202733
ssingh@kringandchung.com
KRING & CHUNG, LLP
2620 J Street, # 1
Sacramento, California 95816-4381
Telephone: (916) 266-9000
Facsimile: (916) 266-9001

Attorneys for Defendants
RITCHIE BROS. PROPERTIES, INC., a Washington Corporation; and RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br>vs.<br><br>RITCHIE BROS. PROPERTIES, INC., a Washington Corporation; and RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington Corporation,<br><br>Defendants. | Case No. 2:10-cv-00337-JAM-GGH<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S EQUITABLE CLAIMS**<br><br>Action Filed: February 9, 2010 |

It is hereby stipulated and agreed by and between Plaintiff CRAIG YATES and Defendants RITCHIE BROS. PROPERTIES, INC., a Washington Corporation, and RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington Corporation, by and through their undersigned counsel, that in order to resolve the equitable relief demanded by the Plaintiff, the Defendants shall cause modifications to be constructed and compliant with the more restrictive requirements of Title 24 of the California Building Standards Code or the Americans with Disabilities Act Access Guidelines (ADAAG) of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101 et seq. to ensure that the following are constructed and maintained within 90 days of execution of this Stipulation at the public accommodation known as Ritchie Bros. Auctioneers (America) Inc., 5500 County Rd 99 W, Dunnigan, CA 95937:

1  Implement the recommendations of Kim R. Blackseth, Interests, Inc. as
2 articulated in a report dated July 13, 2010 and attached hereto as Exhibit "A".
3  This Stipulation and Order herby resolves all of Plaintiff CRAIG YATES
4 claims for equitable relief.

**IT IS SO STIPULATED.**

Dated: February 22, 2011                KRING & CHUNG, LLP

By: */s/ Shane Singh, Esq.*
Shane Singh
Attorneys for Defendants
RITCHIE BROS. PROPERTIES, INC., a Washington Corporation; and RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington Corporation

Dated: February 22, 2011                LAW OFFICE OF THOMAS E. FRANKOVICH

By: */s/ Thomas Frankovich (on file with counsel)*
Thomas E. Frankovich
Attorneys for Plaintiff
CRAIG YATES

**IT IS SO ORDERED.**

Dated: 2/28/2011

/s/ John A. Mendez

John A. Mendez

United States District Court Judge



2

PDF created with pdfFactory trial version www.pdffactory.com