1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES

**FILED**

AUG 2 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RITCHIE BROS. PROPERTIES, INC., a Washington Corporation; and RITCHIE BROS. AUCTIONEERS (AMERICA) INC., a Washington Corporation,<br><br>Defendants. | CASE NO. 2:10-CV-00337-JAM-GGH<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES, INCLUDING LITIGATION EXPENSES AND COSTS<br><br>Date:   August 17, 2011<br>Time:   9:30 AM<br>Judge:  John A. Mendez<br>        Courtroom #6 |

Plaintiff's Motion for Award of Reasonable Attorneys' Fees, Including Litigation Expenses and Costs was submitted on January 1, 2011. The Court, having considered the papers filed in support of and opposition to plaintiff's motion, and good cause therefor appearing, hereby GRANTS plaintiff's Motion for Award of Reasonable Attorneys' Fees, including Litigation Expenses and Costs, in the following amounts:

///
///
///
///
///
///

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR AWARD OF
REASONABLE ATTORNEYS' FEES, INCLUDING LITIGATION EXPENSES AND COSTS                    1

| | | |
|---|---|---|
| Fees As of ~~6/1/11~~ 8/24/11 | _____ | [$25,002.50] |
| Expenses As of ~~6/1/11~~ 8/24/11 | _____ | [$3,205.09] |
| ~~Fees for Reply & Hearing~~ | _____ | ~~[See Reply]~~ |
| ~~Expenses for Reply & Hearing~~ | _____ | ~~[See Reply]~~ |
| **Total** | | 12,813.17 |

Dated: August 24, 2011

Hon. John A. Mendez
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR AWARD OF
REASONABLE ATTORNEYS' FEES, INCLUDING LITIGATION EXPENSES AND COSTS

2